IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| PETITION OF JAMES ARTHUR | § | No. 92, 2019 |
| BIGGINS FOR A WRIT OF | § | |
| ERROR | § | |

Submitted: April 22, 2019
Decided: April 24, 2019

## **ORDER**

Following the denial of his motion to proceed *in forma pauperis* on April 3, 2019, the petitioner was directed to pay the Court's filing fee by April 18, 2019, or else his petition would be dismissed without further notice. The petitioner has not paid the filing fee. The dismissal of this petition is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this petition is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice